IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WRIGHT,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | Case No.: 12-cv-01782 JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Lisa Wright brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by Defendant Michael J. Astrue, the Commissioner of the Social Security Administration, denying her disability benefits. Defendant filed an answer to the Complaint on August 20, 2012. In accordance with Local Rule 16-5, Plaintiff was to file a motion for summary judgment within 28 days of receipt of Defendant's answer. To date, Plaintiff has not filed a motion for summary judgment.

Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file her motion for summary judgment by November 5, 2012. Plaintiff is warned that failure to do so without further extension from the Court may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 17, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE